Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14–30522–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Louise Ortmann
620 2nd Street
Carlstadt, NJ 07072

Social Security No.:
xxx–xx–9679

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/7/16 at 10:00 AM

to consider and act upon the following:

55 – Motion to Approve Loan Modification with Stonegate Mortgage Corporation Filed by Christopher J. Balala on behalf of Louise Ortmann. Objection deadline is 08/18/2016. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Balala, Christopher)

Dated: 8/25/16

James J. Waldron
Clerk, U.S. Bankruptcy Court