UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor

Order Filed on September 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Louise Ortmann

Case No.:    14-30522

Chapter:    13

Judge:    RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scura, Wigfield, Heyer & Stevens, LLP_____, the applicant, is allowed a fee of $ _____1,357.50_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,357.50_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____275.00_____ per month for _____40_____ months to allow for payment of the above fee.

*rev.8/1/15*

2