UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER & STEVENS LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
CHRISTOPHER J. BALALA (ATTORNEY ID 030732010)
COUNSEL FOR THE DEBTOR

Order Filed on October 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Louise S. Ortmann,

               Debtor.

Chapter 13

Case NO.  14-30522

Hearing Date:  October 5, 2016 at 10:30 a.m.

Hon. Rosemary Gambardella

### ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: October 11, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Louise S. Ortmann
Case No.: 14-30522 (RG)

Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the motion of the Debtor Louise S. Ortmann (the "Debtor"), by and through her counsel, Scura, Wigfield, Heyer & Stevens, LLP, seeking an Order authorizing the Debtor to enter into the Proposed Loan Modification Agreement with the Secured Creditor Stonegate Mortgage Corporation ("Stonegate") concerning the mortgage loan encumbering the Debtor's primary residence at 620 2nd Street, Carlstadt, New Jersey (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that Stonegate and the Debtor are hereby authorized to enter into a loan modification; and it is further;

**ORDERED** that Stonegate, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should Stonegate, solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit.

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order.