| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**SCURA, WIGFIELD, HEYER & STEVENS LLP**<br>1599 HAMBURG TURNPIKE<br>WAYNE, NEW JERSEY 07470<br>TELEPHONE: 973-696-8391<br>CHRISTOPHER J. BALALA (ATTORNEY ID 030732010)<br>COUNSEL FOR THE DEBTOR | Order Filed on October 11, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Louise S. Ortmann,<br><br>      Debtor. | Chapter 13<br>Case NO. 14-30522<br>Hearing Date: October 5, 2016 at 10:30 a.m.<br>Hon. Rosemary Gambardella |

**ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN
MODIFICATION AGREEMENT**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: October 11, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Louise S. Ortmann
Case No.: 14-30522 (RG)

Caption of Order:  **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the motion of the Debtor Louise S. Ortmann (the "Debtor"), by and through her counsel, Scura, Wigfield, Heyer & Stevens, LLP, seeking an Order authorizing the Debtor to enter into the Proposed Loan Modification Agreement with the Secured Creditor Stonegate Mortgage Corporation ("Stonegate") concerning the mortgage loan encumbering the Debtor's primary residence at 620 2nd Street, Carlstadt, New Jersey (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that Stonegate and the Debtor are hereby authorized to enter into a loan modification; and it is further;

**ORDERED** that Stonegate, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should Stonegate, solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit.

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Louise Ortmann  
    Debtor

Case No. 14-30522-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 12, 2016  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.  
db          +Louise Ortmann,    620 2nd Street,    Carlstadt, NJ 07072-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:

         Christopher J. Balala    on behalf of Debtor Louise  Ortmann cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
         David L. Stevens    on behalf of Debtor Louise  Ortmann dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
         Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corporation jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corporation kbo@kkelaw.com, nmm@kkelaw.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
                                                                                                         TOTAL: 5