Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on December 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Louise Ortmann, | Case No. 14-30522-RG |
| | Hearing Date: December 7, 2016 at 10:30 a.m. |
| Debtor. | Judge: Rosemary Gambardella |

**ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: December 13, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Louise Ortmann |
| Case No.: | 14-30522-RG |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY** |

Upon the motion of, Toyota Motor Credit Corporation, its successors and/or assigns ("Movant"), under Bankruptcy Code section § 362(a), for relief from the automatic stay, as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant, Toyota Motor Credit Corporation, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following personal property:

2013 TOYOTA RAV4, VIN: 2T3DFREV7DW032177

It is further ORDERED that the Movant may join Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.