Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on December 13, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Louise Ortmann, | Case No. 14-30522-RG |
| | Hearing Date: December 7, 2016 at 10:30 a.m. |
| Debtor. | Judge: Rosemary Gambardella |

### ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: December 13, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

NJOrdVacStay01

3510-N-6666

Debtor:            Louise Ortmann
Case No.:          14-30522-RG
Caption of Order:  **ORDER VACATING AUTOMATIC STAY AS TO PERSONAL
                   PROPERTY**

Upon the motion of, Toyota Motor Credit Corporation, its successors and/or assigns ("Movant"), under Bankruptcy Code section § 362(a), for relief from the automatic stay, as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant, Toyota Motor Credit Corporation, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following personal property:

## 2013 TOYOTA RAV4, VIN: 2T3DFREV7DW032177

It is further ORDERED that the Movant may join Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-30522-RG
Louise Ortmann                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Dec 13, 2016
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db              +Louise Ortmann,   620 2nd Street,   Carlstadt, NJ 07072-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
          Christopher J. Balala    on behalf of Debtor Louise  Ortmann cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Louise  Ortmann dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           nj_ecf_notices@buckleymadole.com
          Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corporation
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corporation kbo@kkelaw.com,
           nmm@kkelaw.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                            TOTAL: 6