**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

　　LOUISE ORTMANN

Order Filed on March 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  14-30522 RG**

**Hearing Date:  3/15/2017**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

　　The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 27, 2017**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): LOUISE ORTMANN

Case No.: 14-30522

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 03/15/2017 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.