Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14−30522−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louise Ortmann
   620 2nd Street
   Carlstadt, NJ 07072

Social Security No.:
   xxx−xx−9679

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      5/16/17
Time:      10:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
David L. Stevens, Debtor's Attorney,

COMMISSION OR FEES
fee: $1,275.00

EXPENSES
expenses: $50.84

---

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 19, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-30522-RG
Louise Ortmann                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Apr 19, 2017
                             Form ID: 137              Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
```
db          +Louise Ortmann,   620 2nd Street,   Carlstadt, NJ 07072-1823
cr          +Toyota Motor Credit Corporation,   P. O. Box 9013,   Addison, TX 75001-9013
515094789   +Aes/slma,   Po Box 61047,   Harrisburg, PA 17106-1047
515094790   +Aes/wells Fargo,   Po Box 61047,   Harrisburg, PA 17106-1047
515242169    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515094791   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
515094792   +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
515094793   +Bureau Of Accounts Con,   Po Box 538,   Howell, NJ 07731-0538
515094794  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
515182339   +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
515310066    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515094795   +Ccs/first National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
515094796   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515094797   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
515094798   +Comenity Bank/express,   Po Box 182789,   Columbus, OH 43218-2789
515094799   +Comenity Bank/vctrssec,   Po Box 182789,   Columbus, OH 43218-2789
515115554   +Department Stores National Bank/Bloomingdales,   Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
515115553   +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
515094800   +Dsnb Bloom,   9111 Duke Blvd,   Mason, OH 45040-8999
515094801   +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
515094802   +Emblem,   Po Box 105555,   Atlanta, GA 30348-5555
515094803   +Exxmblciti,   Po Box 6497,   Sioux Falls, SD 57117-6497
515098532   +First National Bank of Omaha,   1620 Dodge St.. Stop Code 3105,   Omaha, NE 68197-0002
515094804   +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
515160380   +Navient Solutions, Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
515094808   +New Jersey Division of Taxation,   50 Barrack Street 9th Floor,   P.O. Box 245,
              Trenton, NJ 08602-0245
515122705   +New Jersey Higher Education Assistance Authority,   P.O. Box 548,   Trenton, NJ. 08625-0548
515218449  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
              Trenton, NJ 08695-0245)
515094810   +Slm Financial Corp,   11100 Usa Pkwy,   Fishers, IN 46037-9203
515156385   +TD BANK USA, N.A.,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
515094820  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
              Parsippany, NJ  07054)
515094819   +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
515129423    Toyota Lease Trust,   PO Box 8026,   Cedar Rapids, Iowa   52408-8026
515297362    eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2017 21:59:32   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2017 21:59:31   United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515094805    E-mail/Text: cio.bncmail@irs.gov Apr 19 2017 21:59:23   Internal Revenue Service,
              PO Box 7346,   Centralized Insolvency Unit,   Philadelphia, PA  19101-7346
515094806   +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2017 21:59:18   Kohls/capone,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
515314876    E-mail/Text: bkr@cardworks.com Apr 19 2017 21:59:12   MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
515094807   +E-mail/Text: bkr@cardworks.com Apr 19 2017 21:59:12   Merrick Bank,   Po Box 9201,
              Old Bethpage, NY 11804-9001
515094809   +E-mail/Text: bankruptcy@onlineis.com Apr 19 2017 21:59:43   Online Collections,   Po Box 1489,
              Winterville, NC 28590-1489
515332244    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:02:08
              Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
              Norfolk VA 23541
515298079    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:17:18
              Portfolio Recovery Associates, LLC,   c/o Ashley Home Store,   POB 41067,   Norfolk VA 23541
515330353    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:01:59
              Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
515298131    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:02:21
              Portfolio Recovery Associates, LLC,   c/o Exxonmobil,   POB 41067,   Norfolk VA 23541
515331451    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:17:12
              Portfolio Recovery Associates, LLC,   c/o Gap,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 3          Date Rcvd: Apr 19, 2017
                             Form ID: 137              Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
515332321        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:01:59
                 Portfolio Recovery Associates, LLC,    c/o Lowes,   POB 41067,   Norfolk VA 23541
515332589        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:17:06
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,   POB 41067,   Norfolk VA 23541
515331879        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:17:12
                 Portfolio Recovery Associates, LLC,    c/o Paypal Extras Mastercard,   POB 41067,
                 Norfolk VA 23541
515331851        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:01:59
                 Portfolio Recovery Associates, LLC,    c/o Toys "R" Us Credit Card,   POB 41067,
                 Norfolk VA 23541
515331455        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:01:59
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
515217849        E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2017 21:59:30
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
515094811       +E-mail/Text: bankandforeclose@stonegatemtg.com Apr 19 2017 21:59:43      Stonegate Mortage Corp,
                 157 S Main St,    Mansfield, OH 44902-7955
515259882       +E-mail/Text: bankandforeclose@stonegatemtg.com Apr 19 2017 21:59:43      Stonegate Mortgage,
                 Two Energy Square,    4849 Greenville Ave, Suite 800,   Dallas, TX 75206-4198
515094812       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:55:56      Syncb/amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
515094813       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:55:56      Syncb/ashley Homestore,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
515094814       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:55:49      Syncb/gap,   Po Box 965005,
                 Orlando, FL 32896-5005
515094815       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:55:57      Syncb/lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
515094816       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:55:57      Syncb/paypal Extras Mc,
                 Po Box 965005,    Orlando, FL 32896-5005
515094817       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:56:03      Syncb/toysrusdc,   Po Box 965005,
                 Orlando, FL 32896-5005
515094818       +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:55:57      Syncb/walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                  TOTAL: 27

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:

```
          Christopher J. Balala   on behalf of Debtor Louise  Ortmann cbalala@scuramealey.com,
            ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens   on behalf of Debtor Louise  Ortmann dstevens@scuramealey.com,
            cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
            y.com
          Denise E. Carlon   on behalf of Creditor   Stonegate Mortgage Corporation dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Francesca Ann Arcure   on behalf of Creditor   Toyota Motor Credit Corporation
            nj_ecf_notices@buckleymadole.com
          Joshua I. Goldman   on behalf of Creditor   Stonegate Mortgage Corporation
            jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Karen B. Olson   on behalf of Creditor   Stonegate Mortgage Corporation kbo@kkmllp.com,
            nmm@kkmllp.com
          Marie-Ann Greenberg   magecf@magtrustee.com
```

District/off: 0312-2      User: admin      Page 3 of 3      Date Rcvd: Apr 19, 2017
                      Form ID: 137      Total Noticed: 61

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                      TOTAL: 7