Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14−30522−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Louise Ortmann
  620 2nd Street
  Carlstadt, NJ 07072

Social Security No.:
  xxx−xx−9679

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/6/17 at 09:00 AM

to consider and act upon the following:

*90* – Certification in Opposition to Trustee's Certification of Default (related document:88 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/29/2017. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Christopher J. Balala on behalf of Louise Ortmann. (Balala, Christopher)

Dated: 8/28/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-30522-RG
Louise Ortmann                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Aug 28, 2017
                             Form ID: ntchrgbk         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db              +Louise Ortmann,   620 2nd Street,   Carlstadt, NJ 07072-1823
cr              +Toyota Motor Credit Corporation,   P. O. Box 9013,   Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
          Christopher J. Balala   on behalf of Debtor Louise  Ortmann cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Louise  Ortmann dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor   Stonegate Mortgage Corporation dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure   on behalf of Creditor   Toyota Motor Credit Corporation
           nj_ecf_notices@buckleymadole.com
          Joshua I. Goldman   on behalf of Creditor   Stonegate Mortgage Corporation
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Karen B. Olson   on behalf of Creditor   Stonegate Mortgage Corporation kbo@kkmllp.com,
           nmm@kkmllp.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                       TOTAL: 7