| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on October 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    LOUISE ORTMANN | Case No.:  14-30522 RG<br><br>Hearing Date:  9/20/2017 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 6, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  LOUISE ORTMANN

Case No.:  14-30522

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 09/20/2017 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $366.00 starting on 10/1/2017 for the remaining 25 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Louise Ortmann  
     Debtor

Case No. 14-30522-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 10, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.  
db           +Louise Ortmann,    620 2nd Street,    Carlstadt, NJ 07072-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
         Christopher J. Balala    on behalf of Debtor Louise Ortmann cbalala@scuramealey.com,
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
         David L. Stevens    on behalf of Debtor Louise Ortmann dstevens@scuramealey.com,
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
         Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corporation dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
          nj_ecf_notices@buckleymadole.com
         Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corporation
          jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corporation kbo@kkmllp.com,
          nmm@kkmllp.com
         Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                                   TOTAL: 7