| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1** | **Louise Ortmann** | Social Security number or ITIN:  xxx–xx–9679 | |
| | First Name   Middle Name   Last Name | EIN:  _ _ – _ _ _ _ _ _ _ | |
| **Debtor 2** | | Social Security number or ITIN:  _ _ _ _ | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN:  _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed in chapter:   13   10/7/14 | |
| Case number:   14–30522–RG | | Date case converted to chapter:   7   7/24/18 | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Louise Ortmann | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 620 2nd Street Carlstadt, NJ 07072 | | |
| 4. | **Debtor's attorney** Name and address | David L. Stevens Scura, Wigfield, Heyer & Stevens 1599 Hamburg Turnpike Wayne, NJ 07470 | | Contact phone 973–696–8391 |
| 5. | **Bankruptcy trustee** Name and address | Jeffrey Lester Braverman & Lester 374 Main St. Hackensack, NJ 07601–5897 | | Contact phone (201) 487–5544 |

**For more information, see page 2 >**

Debtor **Louise Ortmann**                                            Case number **14–30522–RG**

---

| 6. | **Bankruptcy clerk's office** | MLK Jr Federal Building | Hours open: 8:30 AM – 4:00 p.m., |
|---|---|---|---|

**6. Bankruptcy clerk's office**

Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856

MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Additional information may be available at the Court's Web Site:
www.njb.uscourts.gov.

Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)

Contact phone 973–645–4764

Date: 7/27/18

---

**7. Meeting of creditors**

**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**

All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.

**August 23, 2018 at 09:00 AM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

Location:

**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504**

---

**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

---

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or

- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.**

**Filing deadline: 10/22/18**

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-30522-RG
Louise Ortmann                                                            Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Jul 27, 2018
                             Form ID: 309A         Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db             +Louise Ortmann,   620 2nd Street,   Carlstadt, NJ 07072-1823
aty            +David E. Sklar,   Scura Wigfield Heyer & Stevens LLP,   1599 Hamburg Turnpike,
                 Wayne, NJ 07470-4093
515094789      +Aes/slma,   Po Box 61047,   Harrisburg, PA 17106-1047
515094790      +Aes/wells Fargo,   Po Box 61047,   Harrisburg, PA 17106-1047
515094793      +Bureau Of Accounts Con,   Po Box 538,   Howell, NJ 07731-0538
515182339      +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515094795      +Ccs/first National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
515094802      +Emblem,   Po Box 105555,   Atlanta, GA 30348-5555
515098532      +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
515094804      +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
516956669      +Home Point Financial Corporation,   11511 Luna Road, Suite 300,   Farmers Branch, TX 75234-6022
515160380      +Navient Solutions, Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
515094808      +New Jersey Division of Taxation,   50 Barrack Street 9th Floor,   P.O. Box 245,
                 Trenton, NJ 08602-0245
515122705      +New Jersey Higher Education Assistance Authority,   P.O. Box 548,   Trenton, NJ. 08625-0548
515218449     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
515156385      +TD BANK USA, N.A.,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dstevens@scuramealey.com Jul 27 2018 23:52:30     David L. Stevens,
                 Scura, Wigfield, Heyer & Stevens,   1599 Hamburg Turnpike,   Wayne, NJ 07470
tr              EDI: BJLESTER.COM Jul 28 2018 03:28:00     Jeffrey Lester,   Braverman & Lester,   374 Main St.,
                 Hackensack, NJ 07601-5897
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2018 23:53:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:36     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515242169       EDI: BECKLEE.COM Jul 28 2018 03:28:00     American Express Centurion Bank,
                 c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515094791      +EDI: AMEREXPR.COM Jul 28 2018 03:28:00     Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
515094792      +EDI: TSYS2.COM Jul 28 2018 03:28:00     Barclays Bank Delaware,   125 S West St,
                 Wilmington, DE 19801-5014
515094794      +EDI: CAPITALONE.COM Jul 28 2018 03:28:00     Cap One,   Po Box 85520,   Richmond, VA 23285
515310066       EDI: BL-BECKET.COM Jul 28 2018 03:28:00     Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515094796      +EDI: CHASE.COM Jul 28 2018 03:28:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515094797      +EDI: CITICORP.COM Jul 28 2018 03:28:00     Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
515094798      +EDI: WFNNB.COM Jul 28 2018 03:28:00     Comenity Bank/express,   Po Box 182789,
                 Columbus, OH 43218-2789
515094799      +EDI: WFNNB.COM Jul 28 2018 03:28:00     Comenity Bank/vctrssec,   Po Box 182789,
                 Columbus, OH 43218-2789
515115554      +EDI: TSYS2.COM Jul 28 2018 03:28:00     Department Stores National Bank/Bloomingdales,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
515115553      +EDI: TSYS2.COM Jul 28 2018 03:28:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
515094800      +EDI: TSYS2.COM Jul 28 2018 03:28:00     Dsnb Bloom,   9111 Duke Blvd,   Mason, OH 45040-8999
515094801      +EDI: TSYS2.COM Jul 28 2018 03:28:00     Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
515094803      +EDI: CITICORP.COM Jul 28 2018 03:28:00     Exxmblciti,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
515094805       EDI: IRS.COM Jul 28 2018 03:28:00     Internal Revenue Service,   PO Box 7346,
                 Centralized Insolvency Unit,   Philadelphia, PA 19101-7346
515094806      +EDI: CBSKOHLS.COM Jul 28 2018 03:28:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
515314876       EDI: MERRICKBANK.COM Jul 28 2018 03:28:00     MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
515094807      +EDI: MERRICKBANK.COM Jul 28 2018 03:28:00     Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
515094809      +E-mail/Text: bankruptcy@onlineis.com Jul 27 2018 23:54:18     Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
515332244       EDI: PRA.COM Jul 28 2018 03:28:00     Portfolio Recovery Associates, LLC,
                 c/o Amazon.com Store Card,   POB 41067,   Norfolk VA 23541
515298079       EDI: PRA.COM Jul 28 2018 03:28:00     Portfolio Recovery Associates, LLC,
                 c/o Ashley Home Store,   POB 41067,   Norfolk VA 23541
515330353       EDI: PRA.COM Jul 28 2018 03:28:00     Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Jul 27, 2018
                              Form ID: 309A            Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
515298131        EDI: PRA.COM Jul 28 2018 03:28:00       Portfolio Recovery Associates, LLC,   c/o Exxonmobil,
                 POB 41067,   Norfolk VA 23541
515331451        EDI: PRA.COM Jul 28 2018 03:28:00       Portfolio Recovery Associates, LLC,   c/o Gap,
                 POB 41067,   Norfolk VA 23541
515332321        EDI: PRA.COM Jul 28 2018 03:28:00       Portfolio Recovery Associates, LLC,   c/o Lowes,
                 POB 41067,   Norfolk VA 23541
515332589        EDI: PRA.COM Jul 28 2018 03:28:00       Portfolio Recovery Associates, LLC,   c/o Old Navy,
                 POB 41067,   Norfolk VA 23541
515331879        EDI: PRA.COM Jul 28 2018 03:28:00       Portfolio Recovery Associates, LLC,
                 c/o Paypal Extras Mastercard,   POB 41067,   Norfolk VA 23541
515331851        EDI: PRA.COM Jul 28 2018 03:28:00       Portfolio Recovery Associates, LLC,
                 c/o Toys "R" Us Credit Card,   POB 41067,   Norfolk VA 23541
515331455        EDI: PRA.COM Jul 28 2018 03:28:00       Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
515217849        EDI: Q3G.COM Jul 28 2018 03:28:00       Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
515094810       +EDI: NAVIENTFKASMSERV.COM Jul 28 2018 03:28:00        Slm Financial Corp,   11100 Usa Pkwy,
                 Fishers, IN 46037-9203
515094811       +E-mail/Text: bankandforeclose@stonegatemtg.com Jul 27 2018 23:54:16        Stonegate Mortage Corp,
                 157 S Main St,   Mansfield, OH 44902-7955
515259882       +E-mail/Text: bankandforeclose@stonegatemtg.com Jul 27 2018 23:54:16        Stonegate Mortgage,
                 Two Energy Square,   4849 Greenville Ave, Suite 800,   Dallas, TX 75206-4198
515094812       +EDI: RMSC.COM Jul 28 2018 03:28:00       Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
515094813       +EDI: RMSC.COM Jul 28 2018 03:28:00       Syncb/ashley Homestore,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
515094814       +EDI: RMSC.COM Jul 28 2018 03:28:00       Syncb/gap,   Po Box 965005,   Orlando, FL 32896-5005
515094815       +EDI: RMSC.COM Jul 28 2018 03:28:00       Syncb/lowes,   Po Box 965005,   Orlando, FL 32896-5005
515094816       +EDI: RMSC.COM Jul 28 2018 03:28:00       Syncb/paypal Extras Mc,   Po Box 965005,
                 Orlando, FL 32896-5005
515094817       +EDI: RMSC.COM Jul 28 2018 03:28:00       Syncb/toysrusdc,   Po Box 965005,
                 Orlando, FL 32896-5005
515094818       +EDI: RMSC.COM Jul 28 2018 03:28:00       Syncb/walmart,   Po Box 965024,   Orlando, FL 32896-5024
515094820        EDI: TFSR.COM Jul 28 2018 03:28:00       Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ  07054
515094819       +EDI: WTRRNBANK.COM Jul 28 2018 03:28:00        Td Bank Usa/targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
515129423        EDI: TFSR.COM Jul 28 2018 03:28:00       Toyota Lease Trust,   PO Box 8026,
                 Cedar Rapids, Iowa  52408-8026
516792467        EDI: ECAST.COM Jul 28 2018 03:28:00       eCAST Settlement Corporation,   PO Box 29262,
                 New York NY 10087-9262
515297362        EDI: ECAST.COM Jul 28 2018 03:28:00       eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                           TOTAL: 49
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516956670*      +Home Point Financial Corporation,   11511 Luna Road, Suite 300,   Farmers Branch, TX 75234-6022
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2        User: admin              Page 3 of 3            Date Rcvd: Jul 27, 2018
                           Form ID: 309A             Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
>           David E. Sklar    on behalf of Debtor Louise  Ortmann dsklar@scuramealey.com,
>             ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
>           David L. Stevens    on behalf of Debtor Louise  Ortmann dstevens@scuramealey.com,
>             ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
>             ey.com
>           Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corporation dcarlon@kmllawgroup.com,
>             bkgroup@kmllawgroup.com
>           Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
>             NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
>           Jeffrey  Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
>           Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corporation
>             jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
>           Karen B. Olson    on behalf of Creditor    Home Point Financial Corporation kbo@kkmllp.com,
>             nmm@kkmllp.com
>           Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corporation kbo@kkmllp.com,
>             nmm@kkmllp.com
>                                                                                               TOTAL: 8