Form oresadoc – oresadocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  14−30522−RG
                    Chapter:  7
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louise Ortmann
   620 2nd Street
   Carlstadt, NJ 07072

Social Security No.:
   xxx−xx−9679

Employer's Tax I.D. No.:

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, G OR H
OR LIST OF CREDITORS**

   The Court having noted that the debtor filed an Amendment to Schedule E/F on 9/5/18 or to the List of Creditors on , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.   until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: September 11, 2018
JAN: lc

Rosemary Gambardella
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Louise Ortmann  
    Debtor

Case No. 14-30522-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 11, 2018  
                 Form ID: oresadoc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.  
db         +Louise Ortmann,   620 2nd Street,   Carlstadt, NJ 07072-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:58     United States Trustee,    Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                                                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:

         David E. Sklar    on behalf of Debtor Louise  Ortmann dsklar@scuramealey.com,    ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
         David L. Stevens    on behalf of Debtor Louise  Ortmann dstevens@scuramealey.com,    ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal ey.com;mmack@scura.com  
         Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corporation dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation    NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com  
         Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corporation    jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Karen B. Olson    on behalf of Creditor    Home Point Financial Corporation kbo@kkmllp.com,    nmm@kkmllp.com  
         Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corporation kbo@kkmllp.com,    nmm@kkmllp.com  
                                                                                                                                                                                                                                                                                                                                   TOTAL: 8