UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Louise Ortmann

Case No.: 14-30522 RG
Chapter: 7
Judge: Hon R Gambardella

### NOTICE OF PROPOSED ABANDONMENT

_Jeffrey A. Lester_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _Rosemary Gambardella_ on _October 16, 2018_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3E_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 620 2nd St., Carlstadt, NJ Value about $320,000

Liens on property: Stonegate Mortgage Corp. Balance about $334,500

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 14-30522-RG
   Louise Ortmann                                               Chapter 7
                  Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 3                  Date Rcvd: Sep 14, 2018
                              Form ID: pdf905            Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db             +Louise Ortmann,    620 2nd Street,    Carlstadt, NJ 07072-1823
cr             +Home Point Financial Corporation,    Knuckles, Komosinski & Manfro, LLP,
                 565 Taxter Road, Suite 590,    Elmsford, NY 10523-2300
cr             +Santander Consumer USA Inc.,,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr             +Toyota Motor Credit Corporation,    P. O. Box 9013,    Addison, TX 75001-9013
517740828      +24 Hour Fitness,    12647 Alcosta Blvd, #500,    San Ramon, CA 94583-4436
515094789      +Aes/slma,    Po Box 61047,    Harrisburg, PA 17106-1047
515094790      +Aes/wells Fargo,    Po Box 61047,    Harrisburg, PA 17106-1047
515242169       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515094791      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
515094792      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
515094793      +Bureau Of Accounts Con,    Po Box 538,    Howell, NJ 07731-0538
515182339      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515310066       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515094795      +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
515094796      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
515094797      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
515115554      +Department Stores National Bank/Bloomingdales,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515115553      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515094800      +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
515094801      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
515094802      +Emblem,    Po Box 105555,    Atlanta, GA 30348-5555
515094803      +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
515098532      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
517740830      +First Premier Bank,    3820 North Louise Ave.,    Sioux Falls, SD 57107-0145
515094804      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
516956669      +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6022
517740836      +JCP&L,    PO Box 16001,    Reading, PA 19612-6001
517740837      +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
517740835       NJM Insurance,    301 Sullivan Way,    PO Box 428,    Trenton, NJ 08628-0227
515160380      +Navient Solutions, Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
515094808      +New Jersey Division of Taxation,    50 Barrack Street 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08602-0245
515122705      +New Jersey Higher Education Assistance Authority,    P.O. Box 548,    Trenton, NJ. 08625-0548
515218449     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
515156385      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515094820     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:    Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ   07054)
515094819      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517740833      +The Lawn Company,    235 Hartford Tpke.,    Shrewsbury, MA 01545-4634
515129423       Toyota Lease Trust,    PO Box 8026,    Cedar Rapids, Iowa   52408-8026
517740829       Verve,    Continental Finance Co.,    PO Box 31292,    Tampa, FL 33631-3292
516792467       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
515297362       eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2018 00:39:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2018 00:39:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515094794       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2018 00:46:46      Cap One,
                 Po Box 85520,    Richmond, VA   23285
515094798       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2018 00:39:26      Comenity Bank/express,
                 Po Box 182789,    Columbus, OH 43218-2789
515094799       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2018 00:39:26      Comenity Bank/vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
517740832      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 15 2018 00:46:51      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
515094805       E-mail/Text: cio.bncmail@irs.gov Sep 15 2018 00:39:05      Internal Revenue Service,
                 PO Box 7346,    Centralized Insolvency Unit,    Philadelphia, PA 19101-7346
515094806      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 15 2018 00:38:54      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515314876       E-mail/Text: bkr@cardworks.com Sep 15 2018 00:38:39      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
```

```
District/off: 0312-2          User: admin              Page 2 of 3                Date Rcvd: Sep 14, 2018
                              Form ID: pdf905          Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515094807        +E-mail/Text: bkr@cardworks.com Sep 15 2018 00:38:39      Merrick Bank,   Po Box 9201,
                  Old Bethpage, NY 11804-9001
517740831        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Sep 15 2018 00:40:52      Milestone,
                  Genesis FS Card Services,   PO Box 4477,   Beaverton, OR 97076-4401
515094809        +E-mail/Text: bankruptcy@onlineis.com Sep 15 2018 00:40:13      Online Collections,   Po Box 1489,
                  Winterville, NC 28590-1489
515332244         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 00:46:03
                  Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,    POB 41067,
                  Norfolk VA 23541
515298079         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 00:46:01
                  Portfolio Recovery Associates, LLC,   c/o Ashley Home Store,   POB 41067,   Norfolk VA 23541
515330353         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 00:46:48
                  Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
515298131         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 01:09:37
                  Portfolio Recovery Associates, LLC,   c/o Exxonmobil,   POB 41067,   Norfolk VA 23541
515331451         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 01:09:37
                  Portfolio Recovery Associates, LLC,   c/o Gap,   POB 41067,   Norfolk VA 23541
515332321         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 01:09:48
                  Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
515332589         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 00:46:47
                  Portfolio Recovery Associates, LLC,   c/o Old Navy,   POB 41067,   Norfolk VA 23541
515331879         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 00:45:17
                  Portfolio Recovery Associates, LLC,   c/o Paypal Extras Mastercard,    POB 41067,
                  Norfolk VA 23541
515331851         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 00:45:17
                  Portfolio Recovery Associates, LLC,   c/o Toys "R" Us Credit Card,    POB 41067,
                  Norfolk VA 23541
515331455         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 00:46:47
                  Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
515217849         E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 00:39:32
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
515094810        +E-mail/PDF: pa_dc_claims@navient.com Sep 15 2018 00:46:49      Slm Financial Corp,
                  11100 Usa Pkwy,   Fishers, IN 46037-9203
515094811        +E-mail/Text: bankandforeclose@stonegatemtg.com Sep 15 2018 00:40:12      Stonegate Mortage Corp,
                  157 S Main St,   Mansfield, OH 44902-7955
515259882        +E-mail/Text: bankandforeclose@stonegatemtg.com Sep 15 2018 00:40:12      Stonegate Mortgage,
                  Two Energy Square,   4849 Greenville Ave, Suite 800,   Dallas, TX 75206-4130
515094812        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 00:45:52      Syncb/amazon,   Po Box 965015,
                  Orlando, FL 32896-5015
515094813        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 00:46:39      Syncb/ashley Homestore,
                  950 Forrer Blvd,   Kettering, OH 45420-1469
515094814        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 00:45:53      Syncb/gap,   Po Box 965005,
                  Orlando, FL 32896-5005
515094815        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 00:45:07      Syncb/lowes,   Po Box 965005,
                  Orlando, FL 32896-5005
515094816        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 00:46:38      Syncb/paypal Extras Mc,
                  Po Box 965005,   Orlando, FL 32896-5005
515094817        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 00:45:06      Syncb/toysrusdc,   Po Box 965005,
                  Orlando, FL 32896-5005
515094818        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 00:45:07      Syncb/walmart,   Po Box 965024,
                  Orlando, FL 32896-5024
517740834         E-mail/Text: bankruptcy@td.com Sep 15 2018 00:39:44      TD Bank,   6000 Atrium Way,
                  Mount Laurel, NJ 08054
517740838        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 15 2018 00:38:41
                  Verizon,   PO Box 4833,   Trenton, NJ 08650-4833
                                                                                              TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516956670*       +Home Point Financial Corporation,   11511 Luna Road, Suite 300,   Farmers Branch, TX 75234-6022
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin                    Page 3 of 3                    Date Rcvd: Sep 14, 2018
                               Form ID: pdf905                Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              David E. Sklar    on behalf of Debtor Louise   Ortmann dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              David L. Stevens    on behalf of Debtor Louise   Ortmann dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com;mmack@scura.com
              Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Jeffrey   Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com,  NJ19@ecfcbis.com
              Jeffrey   Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
              Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corporation
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Karen B. Olson    on behalf of Creditor    Home Point Financial Corporation kbo@kkmllp.com,
               nmm@kkmllp.com
              Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corporation kbo@kkmllp.com,
               nmm@kkmllp.com
                                                                                             TOTAL: 9
```